AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF Colorado

UNITED STATES OF AMERICA
V.
Ronald E. Winter

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: 09-mj-01010-CBS

CHARGING DISTRICTS
CASE NUMBER: 08-00327-CG

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Southern District of Alabama; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the 113 St. Joseph St., Mobile, AL 36602 *Place and Address* for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) 113 St. Joseph St. Mobile, AL 36602 on Feb. 11, 2009 2:00pm
*Date and Time*

_____
Signature of Judge

February 2, 2009
*Date*

Boyd N. Boland   U.S. Magistrate Judge
*Name of Judge*   *Title of Judge*